UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LINNELL RICHMOND, JR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:23-CV-279-KAC-DCP |
| | ) | 3:95-CR-126-KAC-DCP-3 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT**

Pursuant to the Court's "Memorandum Opinion and Order," the Court **DENIED** Petitioner's "Second-in-Time 2255 Motion" [Case No. 3:95-cr-126, Doc. 361; Case No. 3:23-cv-279, Doc. 1] and **DISMISSED** Petitioner's civil action. Accordingly, the Court **DIRECTS** the Clerk to **CLOSE** the civil action, Case No. 3:23-cv-279-KAC-DCP.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT